ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-2543-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from November 23, 2026 to January 7, 2027, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to ongoing organizational changes, increased case filings against

the agency, and more cases being reassigned to Program Litigation 1 from other circuits, the undersigned counsel for the Commissioner has received many additional cases requiring answers and briefing. The undersigned is also responsible for pro se matters and miscellaneous litigation cases, which are unpredictable, arise on an on-call basis, and are often time sensitive. For these reasons, counsel for the Commissioner needs additional time in the instant case in order to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: November 18, 2026

LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides**
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Nov. 18, 2026]

Dated: November 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on January 7, 2027 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

IT IS SO ORDERED.

Dated: November 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE